*[Stamp: FILING FEE PAID Pro hac Vice 725 945 Steven M. Larimore, Clerk]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:08-Civ-81287 (KLR)

| | |
|---|---|
| LOUISA and DAVID BUTZBERGER, both individually and on behalf of BRANDON BUTZBERGER, a minor, <br><br> Plaintiffs, <br> vs. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

*[Stamp: FILED by ____ D.C. JUN 15 2009 STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.]*

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Peter J. Skalaban, Jr. of the law firm of Hollingsworth LLP, 1350 I Street Washington, DC 20005, 202-898-5800, for purposes of limited appearance as co-counsel on behalf of Novartis Pharmaceutical Corporation, herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Peter J. Skalaban, Jr. to receive electronic filings in this case, and in support thereof states as follows:

1. Peter J. Skalaban, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the District of Columbia.

2. Movant, Brian D. Equi, Esquire, of the law firm of Cabaniss Smith Toole & Wiggins, PL, Post Office Box 4924, Orlando, Florida 32802-4924, (407) 246-1800, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Peter J. Skalaban, Jr. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Peter J. Skalaban, Jr., by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Peter J. Skalaban, Jr. at email address: pskalaban@hollingsworthllp.com.

WHEREFORE, Brian D. Equi, moves this Court to enter an Order granting Peter J. Skalaban, Jr. to appear before this Court on behalf of Novartis Pharmaceutical Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Peter J. Skalaban, Jr.

Date: June 12, 2009

Respectfully submitted,

_____
BRIAN D. EQUI, ESQUIRE
Florida Bar No. 143936
Bequi@cabaniss.net
CABANISS SMITH TOOLE & WIGGINS, PL
*Mailing Address:*
Post Office Box 4924
Orlando, FL 32802-4924
*Office Location:*
485 N. Keller Road, Suite 401
Maitland, FL 32751
Telephone: (407) 246-1800
Facsimile: (407) 246-1895

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original and two copies of the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing and proposed Order have been provided to the Clerk of Court, who will file original and serve copies via the Court's CM/ECF system. The undersigned has provided courtesy copies of the foregoing via U.S. Mail on <u>June 12, 2009</u> to: **Larry M. Roth, Esq.**, Law Offices Of Larry M. Roth, PA, P. O. Box 547637, Orlando, Florida 32854-7637; and **David R. Buchanan, Esq.**, Seeger Weiss LLP, One William Street, New York, NY 10004.

_____
LARRY D. SMITH, ESQUIRE
Florida Bar No.: 442331
LSmith@cabaniss.net
BRIAN D. EQUI, ESQUIRE
Florida Bar No.: 143936
CABANISS SMITH TOOLE & WIGGINS, PL
*Mailing Address:*
Post Office Box 4924
Orlando, Florida 32802-4924
*Office Location:*
485 N. Keller Road, Suite 401
Maitland, Florida 32751
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Attorneys for Novartis Pharmaceuticals Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Case No.: 9:08-Civ-81287 (KLR)

| | |
|---|---|
| LOUISA and DAVID BUTZBERGER, both individually and on behalf of BRANDON BUTZBERGER, a minor, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATION OF PETER J. SKALABAN, JR.

Peter J. Skalaban, Jr., Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the United States District Court for the District of Columbia.

Peter J. Skalaban, Jr.

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

PETER   J.   SKALABAN

was, on the 26th   day of April   A.D. _2000_   admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 7th   day of May , A.D. 2009

**NANCY M. MAYER-WHITTINGTON**, CLERK



By: _Michael Darby_
Deputy Clerk